52 So.2d 396

### Earl MOSELEY v. CITY OF BIRMINGHAM.

6 Div. 154.

Court of Appeals of Alabama.

May 8, 1951.

Gibson & Hewitt, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.

Affirmed on authority of Smith v. City of Birmingham, Ala.App., 52 So.2d 394;[1] Fiorella v. City of Birmingham, Ala.App., 48 So.2d 761,[2] certiorari denied 254 Ala. 515, 48 So.2d 768; Brooks v. City of Birmingham, 31 Ala.App. 579, 20 So.2d 115.